( Eric Smith ) Reg No. (63837-037)
Federal Correctional Institution
FCI Cumberland
P.O. Box 1000
Cumberland, Maryland 21502

Date: ( 3-7-19 )

\_\_\_ FILED  \_\_\_ ENTERED
\_\_\_ LOGGED  \_\_\_ RECEIVED

MAR 11 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TO: Clerk of the Court,
United States District Court
101 West Lombard Street
Baltimore, Maryland 21202

RE: <u>Identification of Court Reporter</u>
Case No. CCB-1-18-cr-00123-00

Clerk of the Court;

The purpose of this correspondance is to ask your office to IDENTIFY the Court Reporter assigned to the above mentioned Case No. and forward copies of the current docket sheet as well as any other document[s] availible at no charge.

Additionally I ask that you please forward this request directly to the assigned Court Reporter with instructions to forward a QUOTE of the price for the **SENTENCING** Transcript[s] directly to myself. Thank you for your time and have a great day...

_Eric Smith_
SIGNATURE

Eric Smith
#63837-037
Federal Correctional Institution
P.O. Box 1000
Cumberland md 21501

⇔63837-037⇔
Court Clerk
101 W Lombard ST
Baltimore, MD 21201
United States

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 1 1 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

BALTIMORE MD 212

21201-260599